**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Kendaly Rocha-Chayana,
Petitioner,

v.

Unknown Party, et al.,
Respondents.

No. CV-26-03395-PHX-MJM (ASB)

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) On October 9, 2026, Respondents filed a Notice of Impending Removal stating that Petitioner is scheduled for removal not less than two business days from the date of its Notice. (Doc. 12.)

Accordingly,

**IT IS ORDERED** requiring Respondents to file a status report as to the current status of this matter no later than 5 days from the date of this Order.

IT IS SO ORDERED.

DATED this 20th day of October, 2026.

Michael J. McShane
United States District Judge